IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: <u>Poole v. Commonwealth of Pennsylvania, et al</u>

Inmate: Deneshya Poole

ID No. OK-1827

Civil Action No. 1:17-CV-2166

(JUDGE CONNER)

## ORDER

This habeas corpus action was received without a filing fee or an application to proceed *in forma pauperis*[1]. (Doc. 1).

Accordingly, an Administrative Order issued to the petitioner on November 29, 2017, in which the petitioner was informed that this case would be dismissed without prejudice unless, within thirty (30) days, she either paid the statutory filing fee of $5.00 or filed a properly completed application to proceed *in forma pauperis*. (Doc. 4).

On December 14, 2017, the 30 Day Administrative Order was returned to the Court indicating that the mail was "Undeliverable-Return to Sender, Refused." (Doc. 5).

More than thirty (30) days have elapsed and the Petitioner has not submitted the filing fee, nor the appropriate application to proceed *in forma pauperis*.

---

[1] Although a "Motion to Proceed In Forma Pauperis" was filed, it was signed by a "Mark Marvin", and not the petitioner. (Doc. 2, p.1).

**THEREFORE**, **IT IS ORDERED THAT** this action is dismissed, without prejudice, and the Clerk of Court shall close this file.

S/CHRISTOPHER C. CONNER
CHRISTOPHER C. CONNER, CHIEF JUDGE
United States District Court
Middle District of Pennsylvania

DATE: January 9, 2018